STATE v. BOYD

No. 177A83-3

Case below: Surry County Superior Court

Petition by defendant for writ of supersedeas to stay the Central Prison Warden's order scheduling execution denied 19 August 1999. Petition by defendant for writ of certiorari denied 19 August 1999. Motion by Attorney General to vacate temporary stay of execution allowed 19 August 1999. Motion by defendant for extension of time to file a response to motion to vacate temporary stay allowed 19 August 1999.

STATE v. BRITT

No. 104P99

Case below: 132 N.C.App. 173

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. BROWN

No. 565A83-4

Case below: Martin County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Martin County, denied 22 July 1999.

STATE v. BUCKNER

No. 444PA93-2

Case below: Gaston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Gaston County, allowed 23 July 1999.

STATE v. CHANDLER

No. 343A93-2

Case below: Surry County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Surry County, allowed 22 July 1999.